## W. D. Johnson, Defendant in Error, v. Myer Janowitz, Plaintiff in Error.

### Gen. No. 20,780.    (Not to be reported in full.)

Error to the County Court of Cook county; the Hon. DAVID T. SMILEY, Judge, presiding. Heard in the Branch Appellate Court at the October term, 1914. Affirmed. Opinion filed October 5, 1915.

### Statement of the Case.

Action by W. D. Johnson, plaintiff, against Myer Janowitz, defendant, in the County Court of Cook county, to recover on ten promissory notes of fifty dollars each, made by defendant, payable to the order of plaintiff. To reverse a judgment of five hundred and thirty dollars for plaintiff, defendant prosecutes this writ of error.

ISRAEL COWEN, for plaintiff in error.

No appearance for defendant in error.

MR. PRESIDING JUSTICE GRIDLEY delivered the opinion of the court.

### Abstract of the Decision.

BILLS AND NOTES, § 443*—*when evidence sufficient to show consideration.* In an action to recover on notes, where the plaintiff is the payee named in the notes sued on, and where defendant, in a special plea, alleged that the notes were given in payment for a part interest in a business purchased of a third person, and that defendant was induced to give the notes sued on by the false representations of such third person, of which plaintiff had notice, and also alleging a total failure of consideration, evidence *held* to warrant a peremptory instruction for plaintiff.

*See Illinois Notes Digest, Vols. XI to XV, and Cumulative Quarterly, same topic and section number.